IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
RECEIVED
SEP 15 2011
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. H 11 - 654 |
| CHRISTOPHER HLAVINKA | | |

## INDICTMENT

The United States Grand Jury charges that:

### COUNT 1

( Cyberstalking - 18 U.S.C. §2261A(2) )

From on or about January 1, 2011, until on or about June 1, 2011, within the Houston Division of the Southern District of Texas, and elsewhere, the defendant,

**CHRISTOPHER HLAVINKA,**

with the intent to cause substantial emotional distress to S.H., used a facility of interstate commerce, that is the internet, to engage in a course of conduct that caused substantial emotional distress to S.H., who was at that time in another State, namely Massachusetts,

in violation of Title 18, United States Code, Section 2261A and Section 2.

A TRUE BILL:

Original Signature on File

_____
FOREMAN OF THE GRAND JURY


JOSE ANGEL MORENO
United States Attorney

BY: _____
Craig Feazel
Assistant United States Attorney
(713) 567-9000